# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 16, 2011

No. 10-20816
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GERARDO ZAMORA VEGA, also known as Jesus Lopez Torres, also known as
Gerardo Zamora-Vega, also known as Gerardo Zamora,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-403-1

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gerardo Zamora Vega

has moved for leave to withdraw and has filed a brief in accordance with *Anders*

*v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th

Cir. 2011). Zamora Vega has not filed a response. We have reviewed counsel's

brief and the relevant portions of the record reflected therein. We concur with

counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.